IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-03193 -RPM

HEATHER ROHRER, a Colorado Citizen,

     Plaintiff,

v.

WAL-MART STORES, INC., a Delaware Corporation,

     Defendant.

_____

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF
PLAINTIFF'S SECOND, THIRD AND FOURTH CLAIMS AND FOR DISMISSAL OF
DEFENDANT'S DEFENSE OF FAILURE TO STATE A CLAIM

_____

THIS MATTER comes before the Court on the Parties' Stipulated Motion to dismiss without

prejudice Plaintiff's Second, Third and Fourth claims for relief and to dismiss Defendant's defense

of failure to state a claim upon which relief may be granted. The Court, having reviewed the Motion

and being duly informed about the matter, hereby finds, concludes and orders as follows:

The Motion is GRANTED.  Plaintiff's Second, Third and Fourth claims for relief are

dismissed without prejudice and Defendant's defense of failure to state a claim upon which relief

may be granted is also dismissed, the parties to pay their own fees and costs.

DATED this 26th, December, 2012

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____

                                 Richard P. Matsch, Senior District Judge