IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-03193 -RPM

HEATHER ROHRER, a Colorado Citizen,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware Corporation,

    Defendant.

_____

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S SECOND, THIRD AND FOURTH CLAIMS AND FOR DISMISSAL OF DEFENDANT'S DEFENSE OF FAILURE TO STATE A CLAIM
_____

THIS MATTER comes before the Court on the Parties' Stipulated Motion to dismiss without prejudice Plaintiff's Second, Third and Fourth claims for relief and to dismiss Defendant's defense of failure to state a claim upon which relief may be granted. The Court, having reviewed the Motion and being duly informed about the matter, hereby finds, concludes and orders as follows:

The Motion is GRANTED.  Plaintiff's Second, Third and Fourth claims for relief are dismissed without prejudice and Defendant's defense of failure to state a claim upon which relief may be granted is also dismissed, the parties to pay their own fees and costs.

DATED this 26th, December, 2012

                                                                                BY THE COURT:

                                                                                s/Richard P. Matsch
                                                                                _____
                                                                                Richard P. Matsch, Senior District Judge