IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03193-RPM

HEATHER ROHRER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

---

On December 23, 2013, the plaintiff filed a motion for dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(2). The motion seeks dismissal with each party to pay their own respective costs. There is no indication in the motion that the defendant has consented, and, accordingly, it is

    ORDERED that the motion is denied.

    Dated: December 23rd, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge