# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-03193-RPM

**HEATHER ROHRER,** a Colorado Citizen

    Plaintiff,

v.

**WAL-MART STORES, INC.,** a Delaware Corporation,

    Defendant.

___

## ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE
___

    This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court, having reviewed the Motion and being fully informed, hereby GRANTS the parties' Motion for Dismissal with Prejudice and

    ORDERS:  All claims arising out of a December 2, 2010 incident which Plaintiff brought or which she could have brought in this action against Defendant Wal-Mart Stores, Inc. are dismissed WITH PREJUDICE.  Each party shall bear her or its own attorneys fees and costs.

    DATED this 26th day of December, 2013.

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge